RUSS, AUGUST & KABAT
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Brian D. Ledahl (CA SBN 186579)
bledahl@raklaw.com
Benjamin T. Wang (CA SBN 228712)
bwang@raklaw.com
Kent N. Shum (CA SBN 259189)
kshum@raklaw.com
Paul A. Kroeger (SBN 229074)
pkroeger@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff*
PROVEN NETWORKS, LLC

Shane Brun (SBN # 179079)
KING & SPALDING LLP
601 S. California Ave., Suite 100
Palo Alto, CA 94304
Tel: (415) 318-1245
Fax: (415) 318 1300
sbrun@kslaw.com

Angela Campbell Tarasi (*Pro Hac Vice*)
KING & SPALDING LLP
1400 16th Street
16 Market Square, Suite 400
Denver, CO 80202
Tel: (720) 535-2300
Fax: (720) 535-2307
atarasi@kslaw.com

*Attorneys for Defendant, F5 Networks, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PROVEN NETWORKS, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>*Defendant*. | **Case No. 3:20-cv-5571**<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR F5 NETWORKS, INC. TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO L.R. 6-2  AS MODIFIED**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Proven Networks, LLC ("Proven"), and Defendant F5 Networks, Inc. ("F5"), hereby stipulate as follows:

F5 was served with the Complaint on or about August 17, 2020. The parties previously agreed to extend F5's deadline to respond to the Complaint until 20 days after the United States Judicial Panel on Multidistrict Litigation withdraws the Conditional Transfer Order or issues a Final Transfer Order in the pending MDL action, *In re: Proven Networks, LLC, Patent Litigation*, MDL No. 2959 (October 5, 2020) (Conditional Transfer Order (CTO-1)). (Dkt. 54.)

On December 16, 2020, F5 filed a Partial Motion to Dismiss Proven's claims regarding the '507 patent under 35 U.S.C. § 101. Proven filed its Opposition to the Motion on December 29. The hearing on F5's Motion is scheduled for January 20, 2021.

F5 requests, and Proven does not oppose, a seven (7) day extension of time to file its Reply in support of its Motion. F5 seeks this extension to allow outside counsel full consultation with its client and to coordinate staffing in light of the holiday weekend, which accounts for three of the seven allotted days for F5 to respond. The extension of time to answer will not affect any currently calendared hearings or Court dates.

**THE PARTIES HEREBY REQUEST** that, pursuant to Local Rule 6-2, the Court Order that F5 has fourteen days to file its Reply in support of its Motion to Dismiss, up to and including January 12, 2020.

Dated: December 31, 2020                    Respectfully submitted,

                                            */s/ Paul A. Kroeger*

                                            Reza Mirzaie (CA SBN 246953)
                                            rmirzaie@raklaw.com
                                            Marc A. Fenster (CA SBN 181067)
                                            mfenster@raklaw.com
                                            Brian D. Ledahl (CA SBN 186579)
                                            bledahl@raklaw.com
                                            Benjamin T. Wang (CA SBN 228712)
                                            bwang@raklaw.com
                                            Kent N. Shum (CA SBN 259189)
                                            kshum@raklaw.com
                                            Paul A. Kroeger (SBN 229074)
                                            pkroeger@raklaw.com
                                            Jonathan Ma (CA SBN 312773)
                                            jma@raklaw.com

|   |   |
|---|---|
|   | RUSS AUGUST & KABAT<br>12424 Wilshire Blvd. 12th Floor<br>Los Angeles, CA 90025<br>Phone: (310) 826-7474<br><br>***Attorneys for Plaintiff Proven Networks, LLC*** |
| Dated: December 31, 2020 | KING & SPALDING LLP<br><br>*/s/ Shane Brun*<br><br>Shane Brun (SBN # 179079)<br>KING & SPALDING LLP<br>601 S. California Ave., Suite 100<br>Palo Alto, CA 94304<br>Tel: (415) 318-1245<br>Fax: (415) 318 1300<br>sbrun@kslaw.com<br><br>Angela Campbell Tarasi (*Pro Hac Vice*)<br>KING & SPALDING LLP<br>1400 16th Street<br>16 Market Square, Suite 400<br>Denver, CO 80202<br>Tel: (720) 535-2300<br>Fax: (720) 535-2307<br>atarasi@kslaw.com<br><br>***Attorneys for F5 Networks, Inc.*** |

### SIGNATURE ATTESTATION

The undersigned attests that, pursuant to Local Rule 5-1(i)(3), concurrence in the filing of this document has been obtained from counsel for all other signatories listed, and on whose behalf the filing is submitted, and counsel concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated: December 31, 2020 | Respectfully submitted,<br><br>*/s/ Shane Brun*<br><br>Shane Brun (SBN # 179079)<br>KING & SPALDING LLP<br>601 S. California Ave., Suite 100 |

Palo Alto, CA 94304
Tel: (415) 318-1245
Fax: (415) 318 1300
sbrun@kslaw.com

Angela Campbell Tarasi (*Pro Hac Vice*)
KING & SPALDING LLP
1400 16th Street
16 Market Square, Suite 400
Denver, CO 80202
Tel: (720) 535-2300
Fax: (720) 535-2307
atarasi@kslaw.com

**Attorneys for F5 Networks, Inc.**

## CERTIFICATE OF SERVICE

I certify that counsel of record is being served on December 31, 2020, with a copy of this document via Electronic Mail and on this date.

/s/ *Shane Brun*

Shane Brun (SBN # 179079)
KING & SPALDING LLP

**ORDER <u>AS MODIFIED</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**The hearing on the motion to dismiss is CONTINUED to February 24, 2021 at 2:00 p.m.  The parties shall notify the Court as soon as the JPML determines the Motion to Vacate the Conditional Transfer Order**.

Dated:   January 4, 2021

_____
HON. WILLIAM H. ORRICK
United States District Judge